# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ELEAZAR YISRAEL,** : | **CIVIL ACTION NO. 3:15-2123** |
| Petitioner, : | |
| : | **(JUDGE MANNION)** |
| v. : | |
| **J. ALLEN NESBITT,** *et al.*, : | |
| Respondents : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The above captioned petition for writ of habeas corpus is **DISMISSED** without prejudice.

2. The Clerk of Court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE:** February 3, 2016

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-2123-01-ORDER.wpd